**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| **ANTHONY DELLIS SPENCER,** | |
| **Petitioner,** | **MEMORANDUM DECISION AND ORDER** |
| **vs.** | |
| **UNITED STATES OF AMERICA,** | **Case No.  2:07CV955DAK** |
| **Respondent.** | |

This matter is before the court on Petitioner Anthony Dellis Spencer's Motion for
Certificate of Appealability.  Pursuant to Rule 22(b)(1) of the Federal Rules of Appellate
Procedure, if a petitioner in a Section 2255 proceeding files a notice of appeal, "the district judge
who rendered the judgment must either issue a certificate of appealablity or state why a
certificate should not issue."  Fed. R. App. 22(b)(1).  Pursuant to Rule 22(b), if the district court
grants the certificate it must be sent to the appellate court with Petitioner's notice of appeal.  *Id.*
Whereas, if the district court denies the certificate, Petitioner may request a circuit judge to issue
the certificate.  *Id.*

Under 28 U.S.C. § 2253, a certificate of appealability "may issue . . . only if the applicant
has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
This court denied Petitioner's Section 2255 motion.  For the reasons set forth in the court's order

denying Petitioner's Section 2255 motion, the court concludes that Petitioner has not made a

substantial showing of the denial of a constitutional right.  Accordingly, Petitioner's Request for

Certificate of Appealability is DENIED.

DATED this 18th day of March, 2009.

BY THE COURT:

Dale A. Kimball
United States District Judge